UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff

Vs.

        Case Number: 06-12659
        Honorable: John Corbett O'Meara

GERALDINE HARRIS,

        Defendant
_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**

_____

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant.  The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 2] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, GERALDINE HARRIS with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at 16734 Asbury Park, Detroit, MI 48235;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.


Dated: October 20, 2006                           s/John Corbett O'Meara
                                                  United States District Judge